[No. 7,984.—In Bank.]

December 12, 1882.

## ISIDOR DANIELWITZ v. ANN SHEPPARD ET AL.

CONTRACT AGAINST PUBLIC POLICY—ADMINISTRATION—ESTATES OF DECEASED PERSONS.—On the authority of *Danielwitz* v. *Sheppard*, number 7,884, opinion filed December 12, 1882, *ante*, 339, judgment reversed.

APPEAL by plaintiff from the judgment of the Superior Court of the City and County of San Francisco, and from an order denying a motion for a new trial. WILSON, J.

Action on contract. The facts are the same as in the case of *Danielwitz* v. *Sheppard*, number 7,884. Opinion filed December 12, 1882, *ante*, 339, on the appeal of defendants in this action.

*Eugene N. Deuprey* and *William M. Pierson*, for Appellant.

*Tully R. Wise*, for Respondents.

The-COURT:

On the authority of *Danielwitz* v. *Sheppard*, number 7,884, judgment reversed.